UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANESSA M. MIELKE,

    Plaintiff,

v.

    Case No. 1:23-cv-543

    Hon. Hala Y. Jarbou

17TH CIRCUIT COURT,

    Defendant.
_____/

## ORDER

On June 1, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that plaintiff's Complaint (ECF No. 1) be dismissed (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on June 15, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

A judgment will issue in accordance with this order.

Dated: June 21, 2023            /s/Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE